IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2017 SEP -5  P 3: 38
DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  MISC NO. 2:17-mc-3791-MHT |
| | ) |
| ANDERSON INC., | ) |
| MAUMEE, OH, | ) |
| | ) |
| Garnishee, | ) |
| | ) |
| JESSE JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:13CR000046-002 entered against the defendant, Jesse Johnson; the last four digits of defendant's Social Security Number are XXX-XX-7410; whose last known address is 60 Nora Lane, Montgomery, Alabama 36108, in the above cited action in the amount of $137,016.24, plus costs. There is a balance due of $121,802.65, as of September 1, 2017.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from September 1, 2017, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

ANDERSON INC.
ATTN: PAYROLL/JAIME WARSTLER
1947 BRIARFIELD BLVD.
MAUMEE, OH 43537

DATED: September 5, 2017.

BY:

A. CLARK MORRIS
ACTING UNITED STATES ATTORNEY

STEPHEN M. DOYLE
Assistant U.S. Attorney
Bar Number: DC422474
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7418
E-Mail: stephen.doyle@usdoj.gov