IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:17mc3791-MHT |
| | ) | (WO) |
| THE ANDERSONS PLANT | ) | |
| NUTRIENT OPERATIONS, LLC, | ) | |
| Maumee, OH, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| JESSE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The garnishee Anderson, Inc., filed a notice (doc. no. 5) informing the court that it would undergo a name change as of January 5, 2018, to The Andersons Plant Nutrient Operations LLC.

Accordingly, it is ORDERED that all pleadings, including the writ of garnishment (doc. no. 2), are amended to reflect the garnishee's new name.

The clerk of the court is DIRECTED to change the docket to reflect this name change.

DONE, this the 18th day of March, 2019.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE