IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
|     v. | ) | 2:17mc3791-MHT |
| | ) | (WO) |
| THE ANDERSONS PLANT | ) | |
| NUTRIENT OPERATIONS, LLC, | ) | |
| Maumee, OH, | ) | |
| | ) | |
|     Garnishee, | ) | |
| | ) | |
| JESSE JOHNSON, | ) | |
| | ) | |
|     Defendant. | ) | |

DISPOSITION ORDER

A writ of continuing garnishment has been issued and served upon garnishee Andersons Plant Nutrient Operations, LLC, requiring the garnishee to withhold the amount of $ 100 per month from the pay of defendant employee, Jesse Johnson. Pursuant to the writ, the garnishee filed an answer on November 15, 2017, stating that, at the time of the service of the writ, it employs defendant and will withhold from defendant's

wages or salary the amount required by law on a biweekly basis.

Defendant was notified of his right to a hearing and has not requested one or otherwise objected to the writ.

***

Accordingly, it is ORDERED that:

(1) The Garnishee, The Andersons Plant Nutrient Operations, Inc., shall withhold $ 100 per month from defendant Jesse Johnson's net biweekly pay and shall promptly remit the identified nonexempt funds every pay period to the clerk of the court, One Church Street, Suite B-110, Montgomery, Alabama 36104;

(2) The clerk of court shall apply these funds to the restitution balance owed by defendant in case 2:13cr46-MHT (M.D. Ala.).

(3) This garnishment order shall remain in effect until satisfaction of the debt owed to plaintiff United States of America, defendant ceases employment with the garnishee (unless the garnishee reinstates or reemploys

the defendant within 90 days after the defendant's dismissal or resignation), or by an order of this court quashing the writ of continuing garnishment.

(4) The plaintiff shall promptly notify the court and the garnishee upon satisfaction of the debt.

This case is administratively closed.

DONE, this the 18th day of March, 2019.

                                   /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**