IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | MISC. ACTION NO. |
| v. | ) ) ) | 2:17mc3791-MHT (WO) |
| THE ANDERSONS PLANT NUTRIENT OPERATIONS, LLC, Maumee, OH, | ) ) ) ) | |
| Garnishee, | ) ) | |
| JESSE JOHNSON, | ) ) | |
| Defendant. | ) | |

**ORDER**

It is ORDERED that the government's motion to dismiss garnishment (doc. no. 15) is granted, and the writ of garnishment previously issued to garnishee The Andersons Plant Nutrient Operations, LLC (doc. no. 2) is dismissed.

This case is closed.

DONE, this the 30th day of April, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**